### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 52  
**IP Address:** 74.64.172.49  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F803DBA40F99BC661F95BB34BA6890AC0382266D<br>File Hash: 6FE74089011BACDE485A3A88825A999AFD059AF55DD699859E3752F1DB44FE8A | 01/23/2020 14:45:32 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 2 | Info Hash: B0B9741DC93CFF38E3B46CD6CD5B24652A3E3B4A<br>File Hash: D58AF65BF08382945E6C1928186BB475C0B0624304E71D8F1962D26E6941AEFE | 01/23/2020 14:39:06 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 3 | Info Hash: 63D1398BD8791BC21930F6EB9978AD617767AD0C<br>File Hash: 0AB177BBA3F6A9813AB6566F9AF28BCC8D0F6B5045DA09055F2E2C5BDAFFD695 | 12/20/2019 04:56:22 | Vixen | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 4 | Info Hash: 08C1CCD563F742F01A51B579FC343977D23C0DAC<br>File Hash: 29CF51F56445E9E868FF80177E052B199BC4E19541D95D29BA304A7ECE8A06CB | 12/20/2019 04:48:04 | Tushy | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 5 | Info Hash: BE03E84EC5273DE7E5A90E798F3800953A62AD5E<br>File Hash: AC0827851497C753BB5B5F1B92CD4BA88549B93E95F12C3DB0EDA5E2D4DA6D58 | 12/20/2019 03:10:08 | Tushy | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 6 | Info Hash: 27AC87C2A733A288C9ABED6CB7152CEC9A04C57D<br>File Hash: 40CBE08D237C85BB5973FC0503CC1B3B0811995DE09EBA33B5E6322562554D05 | 12/20/2019 03:05:51 | Vixen | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 7 | Info Hash: C6464CB33CE71FFA4552A1023F8EA220946D3673<br>File Hash: 5BD497B9529D5F91757B31B524A9C44AC29E23E9840A84E3308F4234C2BEDEFD | 12/08/2019 18:21:09 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 8 | Info Hash: 1A679D618CA53DDA5BDF7A3077B2362A8B5A3467<br>File Hash: 9FA2054EF07E138C04FCDD9B874CE7769130406941F1585AF9E7ABF3F7BFB3AE | 12/08/2019 16:05:48 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: D8EF888FC0EE29BD01ED33A48BB51A18208AD2FB<br>File Hash: 5628DE58B0DDA316774753215439AE34A3A719A8C98ECD078017DC5F41651CA0 | 12/06/2019 22:52:23 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 10 | Info Hash: E70084E922BD9DCB7D0DF4261DFC57C476ED7FFD<br>File Hash: 4522FB42BCFE3A676EBE1F5DEDEDAD58A428AC3AC9862663E41A9AAB0E1D8E9C | 12/06/2019 22:07:54 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 11 | Info Hash: 721E2658C184477CB85FA1DCB72DB163FA9AEA5A<br>File Hash: E6D30C05638BDD4DB71270C14E55E60C628D749DACBCD9E1118C95C934211DA6 | 12/06/2019 18:52:27 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 12 | Info Hash: 831C1CDCEE03779E19D9983ABDAAB0F85533CD12<br>File Hash: 90ED58DD53D8E0E13E130D05F3999024723EA3AC774227E7D9F04BA49BC324FF | 12/06/2019 18:03:35 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 13 | Info Hash: EC7E0AF9F92BE83F754FB9F70840F2E03F33D9C2<br>File Hash: 2637B7160C35E5F12324016ED6DBD6F83596F45E35B59892AD606525991F4C0D | 12/06/2019 17:58:17 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 14 | Info Hash: DAFCF5757D197C9C601DD0D9163B080BF0319EBD<br>File Hash: 8B6A7BCA5E6FC67D963DA585D5D64F12A00F295897BD5FFDB72F6A2A9D67E4D2 | 12/06/2019 13:18:06 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 15 | Info Hash: C48A0A0BB9C868A50D1ED159537ADCCF2B84C3E0<br>File Hash: 7C5E1FA693189E87B4D09622783041209AF7D31343BEA71ED99BA4BE39FF1CE8 | 11/24/2019 15:53:42 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 16 | Info Hash: DC6ABDA14A3B8972B2D5A7154EA2CBD14D8DCD7B<br>File Hash: 86BD5FCB6681EF451BFAF1B9D62C160AF11102A50E07367E5702D00426271542 | 11/22/2019 16:19:09 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 17 | Info Hash: 71150F0AD544A0196FF15AC772182EEEDFB7AF34<br>File Hash: D4DDB9DD85B96BA1F9F478B1B074A9B355CF47B0B3635907BDE94B5924862F24 | 11/22/2019 12:23:27 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 3882B5927080554E41942A250FB254BBDD7E4793<br>File Hash: 6AFD07CFF5EFA5B3443C96A5F79A92B0EDAE17A4CDA5E5B51A40E3FB723E53C9 | 11/22/2019 10:48:40 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 19 | Info Hash: 4D73BAD72967DF4180227491EBEC51A05DC34C96<br>File Hash: B3BD5FA8B89500253DD8FDD7B35B0F1981662474A9D6720130386C1D5856552E | 11/18/2019 09:57:18 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 20 | Info Hash: 9154DE29760ADB51A9E7CE9C1D2863A809E26F4C<br>File Hash: 87C79B448A9D781B79DC7CFA267423AC73D4E0347E3B3C2707DEDEC52AE40489 | 11/10/2019 00:30:43 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 21 | Info Hash: 9F485902FE6C88952902FFC4E6138AD54C1A5331<br>File Hash: 1807F67DB042749DEF070AA880926125FACAC1F2186403A6B23E98555969DFC5 | 11/02/2019 01:14:54 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 22 | Info Hash: 1A042F25C1F680F0524A529F8A4D732781E59419<br>File Hash: 2E0E176FABD9043446C0F4168909C85A493935DCEB3D9CE7657651CC7664390F | 10/27/2019 15:39:12 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 23 | Info Hash: D9F8EDC264A29C3DC17B41DACD49D4EC6F169077<br>File Hash: 6AFE17B927785C73C9E93C248ACC00BD0FD4B07D604FB880012494CD5FEC0EFE | 10/14/2019 00:45:42 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 24 | Info Hash: 20B36CF72629C0A0E76F856B1E609D97802A84E8<br>File Hash: 54D86252CB9FC5C714BA6E0271E60760D17D8956E85FB9D8EC61D2C56E6A1E8E | 10/02/2019 18:15:43 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 25 | Info Hash: 0DFBC64D3A594669E3A6CCB242A92E539D0E66B0<br>File Hash: 11F1B21D696E131775188E7DA98C78A4CE88B0C3DAFE6ED112006ABC8FE2A0B1 | 09/30/2019 12:41:53 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 26 | Info Hash: A2D740288651347913A615BF0F7B1C5D880A35D5<br>File Hash: 13D2606463107A88FA313A692EF4ED2FA3B64FFE2B03CEC1C8931C4A118B922D | 09/15/2019 02:20:47 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 52162496B8CF7248CD51D007578975895BC048F3<br>File Hash: 80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 09/14/2019 19:05:00 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 28 | Info Hash: 5B5E983178BC0951EF6703D24DBDAFB3EDBCE776<br>File Hash: 47F2612FA1E03F293976B9EDBBABAD738AA5A57314FF0AEBDD739B76DD57576F | 09/14/2019 17:00:39 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 29 | Info Hash: D90329548E4E4A42E96AC7F3EF4CDDFF8C2A56ED<br>File Hash: 7AC386459BCD18F2A0DFF35C9EE060D5E38567F76AA3FF6FC1E678AC05AF5A36 | 09/14/2019 13:50:33 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 30 | Info Hash: 0FD136E9E830109B41088FF86F310B3B170C9EA2<br>File Hash: 259AF167E65C5349837F17451B59F15DB085BE2CD740AAA8E85E751A528478EA | 09/13/2019 14:17:20 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 31 | Info Hash: A6F73F24F74A619C5BA7359B5FCCD1E01F1CDDD2<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 09/08/2019 10:04:20 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 32 | Info Hash: 3BF3ADAC91C6D77B00C2CC8A8D139736E0EDFF2E<br>File Hash: 3DABFABBDB3329FBD09030E10362A5A9B74D73B71562199A65B0F48D4C516F35 | 08/31/2019 01:52:37 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 33 | Info Hash: FC8FEC31010945EF2A148BB2A7275A854DD6B6F7<br>File Hash: 3782E9BB8E7D9AE73E20327C49D8D22075D74BC355F773838D668F1F6B0FC78E | 08/30/2019 23:55:50 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 34 | Info Hash: 9F9C11BC582227F6DB56678FC61934B7F83C2C2F<br>File Hash: E041BBB42344F2B75B870D56D0F0799290C94E392E7E9144390645FE1A66F35D | 08/30/2019 23:54:43 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 35 | Info Hash: FC7B1AF6759CFC7917240CAB3F5478D757E5FF33<br>File Hash: 54970127998111E48E39811FAA2695761428103D0A6B698047BEBC6B973F76C3 | 08/30/2019 23:53:56 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3D45AEC328BE4F172B02D0C9CA35580351E71E79<br>File Hash: 32D754A06F0677934DDCA34E6F67E42417BA5D34815D06915A7EFAB04045D6CA | 08/26/2019 03:01:27 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 37 | Info Hash: 085EEC5B39176F457AEAF7F903E163625A4B989A<br>File Hash: 6D7D9BA3A7BCF9E689D70FA26A6F5E3C44906F36498EA100A15180146EABB995 | 08/21/2019 01:38:44 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 38 | Info Hash: 095E2B014124490B63FF8EBBF36FF17C38BDBFE4<br>File Hash: D8129A8E290C7DE68147196B46225748A9707B16612F278F3D3A21F27362A6A9 | 08/21/2019 01:29:02 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 39 | Info Hash: 04F8D235249D1005824654381342455C49F13FD6<br>File Hash: 74B013190980A067BA9413229BA1F473C4151447467F857AB38282F037167A1E | 08/09/2019 08:59:43 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 40 | Info Hash: 8BF91BF8EEEB37CEAC4F886B9EB4EC4D86B47BB7<br>File Hash: 4CF85083CDAA7F8F2DBEDDA2E94A071DD4049A672D7B4275CDC3E5FFCF5CD37E | 08/02/2019 10:53:29 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 41 | Info Hash: F68B489D7040C81C847F8C4ADB97413BF7E2A2BD<br>File Hash: A44D29BF100A18010A13E8BD683CE204368DBFCB6FA4013B9CF3B9C5CC579326 | 08/02/2019 05:33:09 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 42 | Info Hash: 4F3684EA92EC2793210D26BC704957C52D940903<br>File Hash: B520F062AC787D3D082E70274B8DFC64B918A332B96CE244536CC3400DCA2E2D | 08/01/2019 23:05:29 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 43 | Info Hash: F452223708C79DD2808A5CF333423ED95D7C72ED<br>File Hash: 8A147E80E2111BCA23308EEDC6BD0CA18732813273B1D50560E3D61E3845A79B | 06/29/2019 16:14:29 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 44 | Info Hash: C84F5D25DCDB120C231A6F8EC68639A2467B513F<br>File Hash: F1CD2571FD4655A9468168470847C3AD6DC3A38AD7CD3FF882F9E68A52C37C8D | 06/26/2019 18:36:44 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 9A99A2B2269A59DFBC14FBC37EA5F20BEAC9BA25<br>File Hash: 8B07E7B1D7E9451D27DDE64EFECD8E18EF92A9A1AC4A37BE6C9A9D1788BA5AFF | 06/23/2019 04:52:14 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 46 | Info Hash: 02639B130583FF6164422EB36273B3638580412C<br>File Hash: 89C4BCCCAC1829C7CE5193CF12C17D6D0C17086E78CDA9B8870BB0B41BF73479 | 06/22/2019 00:32:51 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 47 | Info Hash: CB739750CEFC438579ADE6BE9B2C89F7AB0F20D3<br>File Hash: 123FB3CDBD803469CAA4A158EC93C67C6FE5B4DC30163FF376E83C7D02681BB2 | 06/21/2019 22:34:42 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 48 | Info Hash: E3EAD81C6439680A0ED4E8DA8AFB5BCAC881E3D5<br>File Hash: 015C4BEA8D8E167A2727ADD46DF7AE53758D38048064CB1EE602845522E7FD60 | 05/27/2019 13:56:29 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 49 | Info Hash: 73EE3E17D6892CBF818A01ACA5638DD146D1F182<br>File Hash: 2842D43B7C2A76D19C667B49C6D834D2CF7E54516AD2133352E312C7E4228974 | 05/27/2019 13:09:17 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 50 | Info Hash: 9809D6F0D2AF982976C6A4DAE22394D0A2846FD0<br>File Hash: FAF0CD57A65EFC462923A7213B8652CC348CE1C5FFAFADEDB190157535322A4E | 05/27/2019 12:13:01 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 51 | Info Hash: DC5A539E94F7BE3E2BF6BBA9218F69105E14B326<br>File Hash: DD879D76D636D2928529054083A2F242018817374AA988906FAD78CF97D75E67 | 05/27/2019 11:26:54 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 52 | Info Hash: 79CF9451057D39498D2B6BA872182493B6A61CC7<br>File Hash: 4357EF0513A366F31195AEC601E7C3F403C93BA357E18EC019E7093B70206C4F | 05/27/2019 11:24:32 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |